UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMANDA JACKSON,

    Plaintiff,

v.                                           CASE NO. 8:17-cv-290-T-23AEP

NAVIENT SOLUTIONS, INC.,

    Defendant.
_____/

## **ORDER**

The parties stipulate (Doc. 15) that this action is "subject to arbitration" and move to stay the case. Construed as a motion to stay the case, the motion (Doc. 15) to stay is **GRANTED**. In accord with 9 U.S.C. § 3, this action is **STAYED**. The clerk is directed to administratively close the case. Within a week after the parties receive the arbitral decision, the plaintiff must move to re-open the case and to lift the stay. If the parties have not received the arbitral decision by **DECEMBER 20, 2017**, on that day the plaintiff must submit a report detailing the status of the arbitration.

ORDERED in Tampa, Florida, on July 20, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE