UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMANDA JACKSON,

    Plaintiff,

CASE NO.:  8:17-CV-00290-SDM-AEP

-vs-

NAVIENT SOLUTIONS, INC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, AMANDA JACKSON, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, AMANDA JACKSON, and Defendants, NAVIENT SOLUTIONS, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on September 6th, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Michael Schuette, Esq., Dayle M. Van Hoose, Esq., Sessions, Fishman, Nathan & Israel, L.L.P., 3350 Buschwood Park Drive, Suite 195, Tampa, FL 33618 (dvanhoose@sessions.legal) (mschuette@sessions.legal).

    */s/ Frank H. Kerney, III, Esq.*
    Frank H. Kerney, III, Esquire
    Morgan & Morgan, Tampa,  P.A.
    One Tampa City Center
    201 N. Franklin Street, 7th Floor
    Tampa, FL 33602
    Tele:  (813) 223-5505
    Fax:  (813) 223-5402
    Florida Bar #:  88672
    *Attorney for Plaintiff*